```
SLR:KAN:ESW
F.# 2008R00530
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                            **NOTICE OF APPEARANCE**

CHRISTOPHER CURANOVIC et al.,         08-CR-00240 (BMC)

        Defendant.

- - - - - - - - - - - - - - - -X

        Assistant U.S. Attorney Evan S. Weitz hereby files a notice of appearance in this case on behalf of the United States, and requests that he be served with copies of all future filings.

Dated:     Brooklyn, New York
           November 10, 2010

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        *Attorney for Plaintiff*
                                        Eastern District Of New York
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

Evan S. Weitz
Assistant U.S. Attorney
    (Of Counsel)