# RICHARD B. LIND

ATTORNEY AT LAW

745 FIFTH AVENUE

SUITE 902

NEW YORK, N.Y. 10151

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2961
E-MAIL: RLINDESQ@AOL.COM

December 10, 2010

**Via ECF**

Hon. Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>United States v. John Franzese</u>
              08 CR 240 (BMC)

Dear Judge Cogan:

      I represent defendant John Franzese in the above-referenced case. He is scheduled to be sentenced on December 17, 2010. Pursuant to Part V of Your Honor's Individual Practice Rules, I am confirming that the sentencing of defendant John Franzese should proceed as scheduled. I filed a Sentencing Memorandum on behalf of my client on December 3, 2010, and the government filed its Sentencing Memorandum on December 9, 2010.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)